MORTON HELD et al., Doing Business as MORTON HELD & Co., Respondents, v. HARRY WISMER, Appellant.—

Ques- tions of fact are presented which may not be decided summarily on a motion under rule 113 of the Rules of Civil Practice. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur. [29 Misc 2d 509.]